No. 97–7766. WILLIAMS v. BOWERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7769. ROBINSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7774. REYES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7776. BERKOWITZ v. STATE OF ISRAEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7778. WOODS v. COOK. Ct. App. Ohio, Summit County. Certiorari denied.

No. 97–7780. ARIAS v. ARIAS. Ct. App. Neb. Certiorari denied.

No. 97–7784. KELLEHER v. AEROSPACE COMMUNITY CREDIT UNION. C. A. 8th Cir. Certiorari denied.

No. 97–7791. WALTON v. PRINCETON BAPTIST MEDICAL CENTER. C. A. 11th Cir. Certiorari denied.

No. 97–7804. GRIFFIN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–7805. DEWITT v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7806. HEIMERMANN v. GLOBAL SECURITIES TRUST CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–7808. HOLLAND v. LOUISIANA SECRETARY OF REVENUE AND TAXATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7810. GONZALEZ v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7815. BURRELL v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.